# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

December 22, 2015

RE: Smith v. Bank of Nova Scotia, New York Agency et al
MDL No. 2673
USDC Case No.   15-cv-8634

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 12/22/2015

- Was electronically transmitted to: The Southern District of New York

- Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:   T. Torres
         Deputy Clerk

Enclosures

New Case No. _____         Date _____

cc:     Non-ECF Attorneys and Pro se Parties